1  QUIN DENVIR, Bar #49374
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   CARRIE MARIE SULAK

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )
                                 )    Case No. CR.S-04-0218 MCE
11              Plaintiff,       )
                                 )    **STIPULATION AND ORDER**
12          v.                   )
                                 )    DATE: May 3, 2005
13 CARRIE MARIE SULAK,           )    TIME: 8:30 a.m.
                                 )    JUDGE: Hon. Morrison C. England, Jr.
14              Defendant.       )
                                 )
15 _____  )

16

17      It is hereby stipulated and agreed to between the United States of

18 America through PHIL FERRARI, Assistant U.S. Attorney, and defendant,

19 CARRIE MARIE SULAK, by and though her counsel, RACHELLE BARBOUR,

20 Assistant Federal Defender, that the status conference of April 19,

21 2005 at 8:30 a.m. be vacated and that a further status conference be

22 set for May 3, 2005 at 8:30 a.m.

23      This continuance is being requested because the parties are

24 negotiating a plea agreement and need time to reduce it to writing and

25 provide it to the Court.  Defense counsel needs time to discuss the

26 plea with the prosecutor and with Ms. Sulak.

27 //

28 //

1    Speedy trial time is to be excluded from the date of this order

2  through the date of the status conference set for May 3, 2005,

3  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

4  prepare] (Local Code T4).

5  DATED: April 19, 2005.            Respectfully submitted,

6                                    QUIN DENVIR
                                     Federal Defender
7
                                     /s/ Rachelle Barbour
8  _____

                                     RACHELLE BARBOUR
9                                    Assistant Federal Defender
                                     Attorney for Defendant
10                                   CARRIE MARIE SULAK

11

12                                   McGREGOR SCOTT
                                     United States Attorney
13

14
                                     /s/ Rachelle Barbour for Phil Ferrari
15  DATED: April 19, 2005.  _____
                                     PHIL FERRARI
16                                   Assistant U.S. Attorney

17
                                     **O R D E R**
18
        **IT IS SO ORDERED.**
19

20  DATED: April 18, 2005.

21

22  _____

23  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**2**