1  QUIN DENVIR, Bar #49374
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   CARRIE MARIE SULAK

6

7                 IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )
                                )   Case No. CR.S-04-218-MCE
11               Plaintiff,     )
                                )   **STIPULATION AND ORDER**
12         v.                   )
                                )   DATE: June 7, 2005
13 CARRIE MARIE SULAK,          )   TIME: 8:30 a.m.
                                )   JUDGE: Hon. Morrison C. England, Jr.
14               Defendant.     )
                                )
15 _____ )

16

17      It is hereby stipulated and agreed to between the United States of

18 America through PHIL FERRARI, Assistant U.S. Attorney, and defendant,

19 CARRIE MARIE SULAK, by and though her counsel, RACHELLE BARBOUR,

20 Assistant Federal Defender, that the status conference of May 3, 2005

21 at 8:30 a.m. be vacated and that a further status conference be set for

22 June 7, 2005 at 8:30 a.m.

23      This continuance is being requested because the parties are

24 negotiating a plea agreement and need time to reduce it to writing and

25 provide it to the Court.  Defense counsel needs time to discuss the

26 plea with the prosecutor and with Ms. Sulak.  Further, defense counsel

27 will be going on maternity leave in June, and must arrange to transfer

28 this case to another attorney in her office.

1    Speedy trial time is to be excluded from the date of this order

2  through the date of the status conference set for June 7, 2005,

3  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

4  prepare] (Local Code T4).

5  DATED: April 29, 2005.          Respectfully submitted,

6                                  QUIN DENVIR
                                   Federal Defender
7
                                   /s/ Rachelle Barbour
8                                  _____

                                   RACHELLE BARBOUR
9                                  Assistant Federal Defender
                                   Attorney for Defendant
10                                 CARRIE MARIE SULAK

11

12                                 McGREGOR SCOTT
                                   United States Attorney
13

14
                                   /s/ Rachelle Barbour for Phil Ferrari
15  DATED: April 29, 2005.         _____

                                   PHIL FERRARI
16                                 Assistant U.S. Attorney

17
                                      **O R D E R**
18
       **IT IS SO ORDERED.**
19

20  DATED: May 2, 2005.

21

22

23  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                      **2**