1  QUIN DENVIR, Bar #49374
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   CARRIE MARIE SULAK

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )    Case No. CR.S-04-218-MCE
12               Plaintiff,       )
                                  )    **STIPULATION AND ~~[PROPOSED]~~ ORDER**
13         v.                     )
                                  )    DATE: July 26, 2005
14 CARRIE MARIE SULAK,            )    TIME: 8:30 a.m.
                                  )    JUDGE: Hon. Morrison C. England, Jr.
15               Defendant.       )
                                  )
16 _____)

17

18       It is hereby stipulated and agreed to between the United States of

19 America through PHIL FERRARI, Assistant U.S. Attorney, and defendant,

20 CARRIE MARIE SULAK, by and though her counsel, RACHELLE BARBOUR,

21 Assistant Federal Defender, that the status conference of June 7, 2005

22 at 8:30 a.m. be vacated and that a further status conference be set for

23 July 26, 2005 at 8:30 a.m.

24       This continuance is being requested because parties are

25 negotiating a plea agreement and need time to reduce it to writing and

26 provide it to the Court.  Defense counsel needs time to discuss the

27 plea with the prosecutor and with Ms. Sulak.  Further, defense counsel

28 will be going on maternity leave in June, and Supervising Assistant

1 | Federal Defender, Dennis S. Waks will be taking over this case and

2 | needs more time to review the file and familiarize himself with this

3 | case.

4 |       Speedy trial time is to be excluded from the date of this order

5 | through the date of the status conference set for July 26, 2005,

6 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

7 | prepare] (Local Code T4).

8 | DATED: June 9, 2005.              Respectfully submitted,

9 |                                   QUIN DENVIR
                                      Federal Defender
10 |
                                      /s/ Rachelle Barbour
11 |                                   _____
                                      RACHELLE BARBOUR
12 |                                   Assistant Federal Defender
                                      Attorney for Defendant
13 |                                   CARRIE MARIE SULAK

14 |

15 |                                   McGREGOR W. SCOTT
                                      United States Attorney
16 |

17 |
                                      /s/ Rachelle Barbour for Phil Ferrari
18 | DATED: June 9, 2005.              _____
                                      PHIL FERRARI
19 |                                   Assistant U.S. Attorney

20 |
                                      **O R D E R**
21 |
        **IT IS SO ORDERED.**
22 |

23 | DATED: June 7, 2005.

24 |

25 |

26 |                                   _____
                                      MORRISON C. ENGLAND, JR
27 |                                   UNITED STATES DISTRICT JUDGE

28 |

**2**