```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CARRIE MARIE SULAK
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-04-0218 MCE |
| Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) ) | |
| CARRIE MARIE SULAK, et al. ) ) | Date:  August 30, 2005<br>Time:  8:30 a.m. |
| Defendants. ) ) | Judge: Hon. Morrison C. England |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America though Phil Ferrari, Assistant U.S. Attorney; defendant, CARRIE MARIE SULAK, by and through her counsel, Dennis S. Waks, Supervising Assistant Federal Defender; and defendant, JOSEPH W. MCALLISTER, by and through his counsel, William J. Portanova, that the status conference of July 26, 2005 be vacated and a further status conference be set for August 30, 2005 at 8:30 a.m.

This continuance is being requested because the parties are negotiating a plea agreement and need time to reduce it to writing and provide it to the Court.  Both Defense counsel need time to discuss the plea with the prosecutor and with the defendants.

1    Further, defense counsel, Rachelle Barbour, went out on maternity
2 leave in June, and Supervising Assistant Federal Defender, Dennis S.
3 Waks, took over this case and needs more time to review the file and
4 familiarize himself with the case.
5    Speedy trial time is to be excluded from the date of this order
6 through the date of the status conference set for August 30, 2005,
7 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon
8 continuity of counsel and defense preparation.
9 Dated:  July 22, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender


/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal
Defender
Attorney for Defendant
CARRIE MARIE SULAK


/s/ Dennis S. Waks for
_____
WILLIAM J. PORTANOVA
Attorney for Defendant
JOSEPH W. MCALLISTER

2

1  Dated:  July 22, 2005

2                                          MCGREGOR W. SCOTT
                                           United States Attorney
3
                                           /s/ Dennis S. Waks for
4                                          _____
                                           PHIL FERRARI
5                                          Assistant U.S. Attorney

6                              O R D E R

7  IT IS SO ORDERED.

8  Dated: July 27, 2005

9

10

11                                         _____
                                           MORRISON C. ENGLAND, JR
12                                         UNITED STATES DISTRICT JUDGE

3