QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARRIE MARIE SULAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-04-0218 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~[PROPOSED]~~ ORDER |
| v. | ) | |
| | ) | |
| CARRIE MARIE SULAK, et al. | ) | Date:  October 4, 2005 |
| | ) | Time:  8:30 a.m. |
| Defendants. | ) | Judge: Hon. Morrison C. England |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America though Phil Ferrari, Assistant U.S. Attorney; defendant, CARRIE MARIE SULAK, by and through her counsel, Dennis S. Waks, Supervising Assistant Federal Defender; and defendant, JOSEPH W. MCALLISTER, by and through his counsel, William J. Portanova, that the status conference of August 30, 2005 be vacated and a further status conference be set for October 4, 2005 at 8:30 a.m.

///

///

///

///

1        This continuance is being requested because defense counsel

2    requires additional time to obtain discovery, continue our

3    investigation, and to interview our clients and other witnesses.

4    Furthermore, the parties are negotiating a plea agreement and need time

5    to reduce it to writing and provide it to the Court.  Both Defense

6    counsel need time to discuss the plea with the prosecutor and with the

7    defendants.

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    Speedy trial time is to be excluded from the date of this order

2    through the date of the status conference set for October 4, 2005,

3    pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon

4    continuity of counsel and defense preparation.

5    Dated:  August 25, 2005

                                            Respectfully submitted,

6

7                                           QUIN DENVIR
                                            Federal Defender

8

9                                           /s/ Dennis S. Waks
                                            _____
10                                          DENNIS S. WAKS
                                            Supervising Assistant Federal
                                            Defender
11                                          Attorney for Defendant
                                            CARRIE MARIE SULAK

12

13                                          /s/ Dennis S. Waks for
                                            _____
14                                          WILLIAM J. PORTANOVA
                                            Attorney for Defendant
15                                          JOSEPH W. MCALLISTER

16   Dated:  August 25, 2005

17                                          MCGREGOR W. SCOTT
                                            United States Attorney

18                                          /s/ Dennis S. Waks for
19                                          _____
                                            PHIL FERRARI
20                                          Assistant U.S. Attorney

21                        O R D E R

22   IT IS SO ORDERED.

23   Dated: August 30, 2005

24

25

26                                          _____
                                            MORRISON C. ENGLAND, JR.
27                                          UNITED STATES DISTRICT JUDGE

28

                                   3