```
QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARRIE MARIE SULAK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARRIE MARIE SULAK, et al. ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. CR. S-04-0218 MCE <br><br> STIPULATION AND ~~[PROPOSED]~~ ORDER <br><br> Date:  October 25, 2005 <br> Time:  8:30 a.m. <br> Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America though Phil Ferrari, Assistant U.S. Attorney; defendant, CARRIE MARIE SULAK, by and through her counsel, Dennis S. Waks, Supervising Assistant Federal Defender; and defendant, JOSEPH W. MCALLISTER, by and through his counsel, William J. Portanova, that the status conference of October 4, 2005 be vacated and a further status conference be set for October 25, 2005 at 8:30 a.m.

///

///

///

///

///

1  This continuance is being requested because defense counsel
2  requires additional time to obtain discovery, continue our
3  investigation, and to interview our clients and other witnesses.
4  Furthermore, the parties are negotiating a plea agreement and need time
5  to reduce it to writing and provide it to the Court.  Both Defense
6  counsel need time to discuss the plea with the prosecutor and with the
7  defendants.
8  Speedy trial time is to be excluded from the date of this order
9  through the date of the status conference set for October 25, 2005,
10 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon
11 continuity of counsel and defense preparation.
12 Dated:   September 30, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal
Defender
Attorney for Defendant
CARRIE MARIE SULAK

/s/ Dennis S. Waks for
_____
WILLIAM J. PORTANOVA
Attorney for Defendant

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

1                                          JOSEPH W. MCALLISTER

2    Dated:  September 30, 2005

3                                          MCGREGOR W. SCOTT
                                           United States Attorney
4
                                           /s/ Dennis S. Waks for
5                                          _____
                                           PHIL FERRARI
6                                          Assistant U.S. Attorney

7
                                O R D E R
8
     IT IS SO ORDERED.
9
     Dated: October 6, 2005
10

11

12                              _____
                                MORRISON C. ENGLAND, JR
13                              UNITED STATES DISTRICT JUDGE

3