1   QUIN DENVIR, Bar #49374
    Federal Defender
2   DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    CARRIE MARIE SULAK
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR. S-04-0218 MCE
                                     )
12                 Plaintiff,        )
                                     )  STIPULATION AND ~~[PROPOSED]~~ ORDER
13        v.                         )
                                     )
14  CARRIE MARIE SULAK, et al.       )  Date:  October 25, 2005
                                     )  Time:  8:30 a.m.
15                 Defendants.       )  Judge: Hon. Morrison C. England
                                     )
16  _____ )

17        It is hereby stipulated and agreed to between the United States of

18  America though Phil Ferrari, Assistant U.S. Attorney; defendant, CARRIE

19  MARIE SULAK, by and through her counsel, Dennis S. Waks, Supervising

20  Assistant Federal Defender; and defendant, JOSEPH W. MCALLISTER, by and

21  through his counsel, William J. Portanova, that the status conference

22  of October 4, 2005 be vacated and a further status conference be set

23  for October 25, 2005 at 8:30 a.m.

24  ///

25  ///

26  ///

27  ///

28  ///

1       This continuance is being requested because defense counsel

2   requires additional time to obtain discovery, continue our

3   investigation, and to interview our clients and other witnesses.

4   Furthermore, the parties are negotiating a plea agreement and need time

5   to reduce it to writing and provide it to the Court.  Both Defense

6   counsel need time to discuss the plea with the prosecutor and with the

7   defendants.

8       Speedy trial time is to be excluded from the date of this order

9   through the date of the status conference set for October 25, 2005,

10  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon

11  continuity of counsel and defense preparation.

12  Dated:  September 30, 2005

                          Respectfully submitted,

13

                          QUIN DENVIR

14                            Federal Defender

15

                          /s/ Dennis S. Waks

16                            _____

                          DENNIS S. WAKS

17                            Supervising Assistant Federal

                          Defender

18                            Attorney for Defendant

                          CARRIE MARIE SULAK

19

20                            /s/ Dennis S. Waks for

                          _____

21                            WILLIAM J. PORTANOVA

                          Attorney for Defendant

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

JOSEPH W. MCALLISTER

Dated:   September 30, 2005

MCGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for

_____
PHIL FERRARI
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: October 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3