```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CARRIE MARIE SULAK
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     )  No. CR-S-04-0218 MCE
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND [PROPOSED] ORDER
14       v.                       )
                                  )
15  CARRIE MARIE SULAK, et al.    )  Date:  November 1, 2005
                                  )  Time:  8:30 a.m.
16              Defendants.       )  Judge: Hon. Morrison C. England
                                  )
17  _____ )
```

18      It is hereby stipulated and agreed to between the United States of

19 America though Phil Ferrari, Assistant U.S. Attorney; defendant, CARRIE

20 MARIE SULAK, by and through her counsel, Dennis S. Waks, Supervising

21 Assistant Federal Defender that the status conference of October 25,

22 2005 be vacated and a further status conference be set for November 1,

23 2005 at 8:30 a.m.

24      This continuance is being requested because defense counsel

25 requires additional time to obtain discovery, continue our

26 investigation, and to interview our client and other witnesses.

27 Furthermore, the parties are negotiating a plea agreement and need time

28 to reduce it to writing and provide it to the Court.  Defense counsel

needs time to discuss the plea with the prosecutor and with the defendant.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 1, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  October 21, 2005

                      Respectfully submitted,

                      QUIN DENVIR
                      Federal Defender

                      /s/ Dennis S. Waks
                      _____
                      DENNIS S. WAKS
                      Supervising Assistant Federal Defender
                      Attorney for Defendant
                      CARRIE MARIE SULAK

Dated:  October 21, 2005

                      MCGREGOR W. SCOTT
                      United States Attorney

                      /s/ Dennis S. Waks for
                      _____
                      PHIL FERRARI
                      Assistant U.S. Attorney

                O R D E R

IT IS SO ORDERED.

Dated: October 21, 2005

                      _____
                      MORRISON C. ENGLAND, JR
                      UNITED STATES DISTRICT JUDGE