```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CARRIE MARIE SULAK
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-04-0218 MCE
                                   )
13                Plaintiff,       )
                                   )  STIPULATION AND [PROPOSED] ORDER
14       v.                        )
                                   )
15  CARRIE MARIE SULAK, et al.     )  Date:  November 22, 2005
                                   )  Time:  8:30 a.m.
16                Defendants.      )  Judge: Hon. Morrison C. England
                                   )
17  _____  )
```

18       It is hereby stipulated and agreed to between the United States of

19  America though Phil Ferrari, Assistant U.S. Attorney and defendant,

20  CARRIE MARIE SULAK, by and through her counsel, Dennis S. Waks,

21  Supervising Assistant Federal Defender, that the status conference of

22  November 1, 2005 be vacated and a change of plea be set for November

23  22, 2005 at 8:30 a.m.

24       This continuance is being requested because defense counsel

25  requires additional time to review discovery, continue our

26  investigation, and to interview our client and other witnesses.

27  Furthermore, the parties are negotiating a plea agreement and need time

28  to reduce it to writing and provide it to the Court.  Defense counsel

needs time to discuss the plea with the prosecutor and with the defendant.

    Speedy trial time is to be excluded from the date of this order through the date of the change of plea hearing set for November 22, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  October 28, 2005

    Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
CARRIE MARIE SULAK

Dated:  October 28, 2005

MCGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for
_____
PHIL FERRARI
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: November 3, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2